FILED.
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 JUN 18  AM 11: 03

MARGARET BOTKINS, CLERK
CASPER

# United States District Court

# District of Wyoming

FRANKLIN ROSS ALLEN   530)

_____

_____

### Plaintiff(s)

*(In the space above enter the full name(s) of the
plaintiff(s).If you cannot fit the names of all of the
plaintiffs in the space provided, please write "see
attached" in the space above and attach an additional
sheet of paper with the full list of names),*

## v. (-against-)

NATRONA COUNTY DETENTION CENTER

_____

_____

_____

### Defendant(s)

*(In the space above enter the full name(s) of the
defendant(s). If you cannot fit the names of all of the
defendants in the space provided, please write "see
attached" in the space above and attach an additional
sheet of paper with the full list of names. The names listed
in the above caption must be identical to those contained
in Section IV. Do not include addresses here.)*

**Case No.** 20 CV 107 · J

(To be filled out by Clerk's

Office only)

**COMPLAINT**

(*Pro Se* Prisoner)

Jury Demand?

☐ Yes

☐ No

> ### NOTICE
>
> Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> **Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

### COMPLAINT

Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☒ *42 U.S.C. § 1983 (state, county, or municipal defendants)*

☐ *Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)*

### PLAINTIFF INFORMATION

ALLEN, FRANKLIN R
_____
Name (Last, First, MI)                           Aliases

36297
_____
Prisoner ID #

NATRONA COUNTY DETENTION CENTER
_____
Place of Detention

_____

Institutional Address   201 N DAVID ST

NATRONA, CASPER        WY            82601
County, City                          State              Zip Code

## PRISONER STATUS

Indicate whether you are a prisoner or other confined person as follows:

- ☒ *Pretrial detainee*
- ☐ *Civilly committed detainee*
- ☐ *Immigration detainee*
- ☐ *Convicted and sentenced state prisoner*
- ☐ *Convicted and sentenced federal prisoner*

## DEFENDANT(S) INFORMATION

Please list the following information for each defendant. If the correct information is not
provided, it could result in the delay or prevention of service. Make sure that the
defendant(s) listed below are identical to those contained in the above caption. Attach
additional sheets of paper using the same format for any additional defendants.

Defendant 1:   NATRONA COUNTY DETENTION CENTER
               Name (Last, First)

               _____
               Current Job Title

               201 N DAVID ST
               Current Work Address

               NATRONA, CASPER       WY          82601
               County, City           State        Zip Code

Defendant 2:   _____
               Name (Last, First)

*Pro Se* Civil Rights Complaint                    page 3 of 13

Current Job Title
_____

Current Work Address
_____

County, City                State              Zip Code
_____

Defendant 3:  _____
              Name (Last, First)

              Current Job Title
              _____

              Current Work Address
              _____

              County, City              State              Zip Code
              _____

Defendant 4:  _____
              Name (Last, First)

              Current Job Title
              _____

              Current Work Address
              _____

              County, City              State              Zip Code
              _____

### STATEMENT OF CLAIM ONE

*Place(s) of occurrence:* NATRONA COUNTY DETENTION CENTER

*Date(s) of occurrence:* 4-1-20 through 5-31-20

State which of your federal constitutional or federal statutory rights have been violated:

8TH Admendment Cruel and Unusual Punishment

*Pro Se* Civil Rights Complaint                     page 4 of 13

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you

FACTS:

| What happened to you? |
|---|

NATRONA COUNTY DETENTION CENTER. Refussed to get me the medical treatment 4 needed. Refussed to get me to a doctor. Refussed to pay for medical treatment Refussed to take me to E.R. until 4 sois 4 filing a grivince. Left me in Extreme Pain for 56 days Refussed to get me the Cancer Treatment 4 needed and Cancer Permently clanged my UNIt kidney Right Kidney. Now Urologest Says 4 only got 3 month to live. NCDC also would not give me my pain meds as perscribed not once in 56 days did 4 get my pain meds as perscribed

| Who did what? |
|---|

NCDC Refussed to get me medical treatm+ when 4 needed + Said the, wernt libalble Claned Pre existing medical consoditans

for 30 days of me writing Requests and verbally telling nurses I was in pain. did not get me to a doctor or give me my meds as needed 56 day of extrem pain

**Was anyone else involved?**

## STATEMENT OF CLAIM TWO

*Place(s) of occurrence:* _____

*Date(s) of occurrence:* _____

State which of your federal constitutional or federal statutory rights have been violated:

_____

_____

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

| What happened to you? |
| --- |

|  |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

Who did what?

Was anyone else involved?

┌─────────────────────────────────────────────┐
│                                               │
│                                               │
└─────────────────────────────────────────────┘

[Attach additional sheets of paper using the same format for additional claims.]

### ADMINISTRATIVE PROCEDURES

**PLEASE NOTE**: Prisoners **must exhaust** administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.

**Exhaustion of Administrative Remedies as to Claim One**

(a)   Is there a grievance procedure at your institution?   ☒ Yes ☐ No

(b)   Have you filed a grievance about the facts in claim one?   ☒ Yes ☐ No

      (If you did not file a grievance, skip to d.)

(c)   If your answer is YES:

      1.   Was the grievance:  Informal ☐   Formal ☐   Both ☐   *NOT SURE*

      2.   What was the result? *Went To Appeal. They Still Refused to get me Treatment*

      3.   Did you appeal?   ☒ Yes ☐ No

      4.   If you did appeal, what was the result? *turned in final appeal To Sherreff 6-8-20 Still have not heard Back*

(d)   If your answer is NO, explain why you did not file a grievance: _____

      _____

**Exhaustion of Administrative Remedies as to Claim Two**

(a)   Is there a grievance procedure at your institution?   ☐ Yes ☐ No

(b)   Have you filed a grievance about the facts in claim one?   ☐ Yes ☐ No

      (If you did not file a grievance, skip to d.)

(c)   If your answer is YES:

      1.   Was the grievance:  Informal ☐   Formal ☐   Both ☐

      2.   What was the result? _____

*Pro Se* Civil Rights Complaint                                    page 9 of 13

3.      Did you appeal?      ☐ Yes  ☐ No

4.      If you did appeal, what was the result? _____

(d)    If your answer is NO, explain why you did not file a grievance: _____

_____

[Attach additional sheets of paper using the same format for additional claims.]

## RELIEF

State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I want paid for my 56 days of Extren Pain $5,000,000 And I want anothe $5,000,000 Because they shortend my life to 3 months Because they refussed to get me treetmet on Time.

## PRISONER'S LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).

*Have you brought any other lawsuits in state or federal court while a*          ☐ *Yes*      ☑ *No*

*prisoner?*

*If yes, how many?*   _____

Number each different lawsuit below and include the following:

Name of case (including defendants' names), court, and docket number

Nature of claim made

How did it end? (For example, if it was dismissed, appealed, or is still pending, explain

below.)

|  |
|--|
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

## PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of

my knowledge, information, and belief this complaint: (1) is not being presented for an

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the

*Pro Se* Civil Rights Complaint                                        page 11 of 13

cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4)  the facts in this complaint are true to the best of my knowledge, information and belief.  I understand if this certification is not correct, I may be sanctioned by the Court.

       I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Plaintiff must sign and date the complaint and provide prison identification number and prison address.

6-11-20
_____
Dated

Frank lin Ross Allen
_____
Plaintiff's Signature

AllEN FRANKLIN R
_____
Plaintiff's Printed Name (Last, First, MI)

36797
_____
Plaintiff's Prison Identification #

201 N DAVID ST   CASPER   WY   82601
_____
Prison Address      City      State      Zip Code

## CERTIFICATION OF MAILING

I declare under penalty of perjury this Complaint was placed in the institutional mailing system or deposited with prison officials on the ___6-11 -2020___ (month, day, year).  I attest first-class postage has been prepaid.

Executed (signed) on ___6 -11- 2022___. (date)

_Franklin Ross Allen_
Signature of plaintiff